G. WILLARD PHILLIPS ET AL., RESPONDENTS, v. BOROUGH OF EAST PATERSON ET AL., APPELLANTS.

Argued October 16, 1946—Decided January 17, 1947.

For the appellants, *R. Sery Nicosia* and *Dominick F. Pachella*.

For the respondents, *Winne & Banta* and *John A. Christie*.

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Donges, Heher, Wachenfeld, Eastwood, Wells, Rafferty, Dill, Freund, McLean, JJ.  11.

*For reversal*—Perskie, Colie, McGeehan, JJ.  3.